# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00080-CR
## NO. 03-25-00084-CR

---

**Donald Amos, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
### NOS. D-1-DC-20-500345 & D-1-DC-19-302179
### THE HONORABLE DAYNA BLAZEY, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Donald Amos has filed motions to dismiss his appeals in the above cause numbers. The motions are signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motions and dismiss the appeals. *See id*.

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellant's Motion

Filed: May 29, 2025

Do Not Publish